United States District Court
**WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**

JUDGMENT IN A CIVIL CASE

BRENT HAYNES,

    Petitioner,

    CASE NUMBER: 1:16-1109-JDB-jay

v.

UNITED STATES OF AMERICA,

    Respondent.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 6/18/2019, the Petition is DENIED. The Court also DENIES a Certificate of Appealability, and Certifies pursuant to Rule 24(a), that any appeal in this matter would not be taken in good faith. Leave to appeal *in forma pauperis* is DENIED.

**APPROVED:**

    s/J. Daniel Breen
    **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**